**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE M. AVILA,<br><br>   Plaintiff,<br><br> v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; NORTHWEST TRUSTEE SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATIONS, INC.; HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for the GSAA Home Equity Trust 2005-6 Asset-Backed Certificates, Series 2005-6;<br><br>   Defendants.<br>                                    / | No. C 16-05904 WHA<br><br>**JUDGMENT** |

  For the reasons stated in the accompanying order dismissing the action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Wells Fargo Bank, National Association, Northwest Trustee Services, Inc., Mortgage Electronic Registrations, Inc., HSBC Bank USA, National Association, as Trustee for the GSAA Home Equity Trust 2005-6 Asset-Backed Certificates, 2005-6, and against plaintiff George M. Avila. The Clerk **SHALL CLOSE THE FILE**.

  **IT IS SO ORDERED.**

Dated: December 23, 2016.

                           WILLIAM ALSUP
                           UNITED STATES DISTRICT JUDGE